**E-FILED**
Wednesday, 20 June, 2007  12:12:54 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT  IN A CIVIL CASE

**FILED**

JUN 1 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEANNE E. GOETZ

vs.

Case Number:   **06-1229**

**COMMISSIONER OF SOCIAL SECURITY**

 **DECISION BY THE COURT**.  This action came  before the Court.  The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that case is dismissed for lack of prosecution.

ENTER this 19th day of June, 2007

JOHN M. WATERS, CLERK

s/C. Lambie
BY:  DEPUTY CLERK